Jess E. Dibble, appellee, v. Oscar Nelson Company, appellant. Gen. No. 37,739.

McSurely, J., dissenting. Opinion filed February 25, 1935.

Schuyler, Weinfeld & Hennessy, for appellant; Paul B. Edelstein and Howard D. Moses, of counsel. Kenneth F. Simpson, for appellee.

Mr. Justice Matchett delivered the opinion of the court.